# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JOHN D. LEATHERWOOD, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14cv220 |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK L. PERRY, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2015 Order.

August 12, 2015

_____
Frank G. Johns, Clerk
United States District Court